UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFFREY B. MCRORIE
        Plaintiff(s)
   v.

DONNA WILLIAMSON; JOSEPH UMESI;
PAM MILLER; ANGELA ANDERS;
NURSE HERRING; NURSE
STRICKLAND; PHILLIP STOVER;
PAULA SMITH; FINNESE COUCH;
LAFAYETTE HALL; ROBERT C. LEWIS;
ALVIN W. KELLER, JR.; DR. KEYES
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:11-CT-3059-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on May 13, 2011, with service on:
Jeffrey B. McRorie 0653388, Sampson Correctional Center, P.O. Box 1109, Clinton, NC 28328 (via U.S. Mail)

May 13, 2011                         /s/ Dennis P. Iavarone
                                               Clerk